UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OMAR JACQUES, | No.  1:26-cv-02651-DC-EFB (HC) |
| Petitioner, | |
| v. | ORDER |
| KRISTI NOEM, et al., | |
| Respondents. | |

Petitioner is an immigration detainee proceeding with counsel seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  ECF No. 1.  The parties have submitted a proposed briefing schedule.  ECF No. 10.

The court accepts the proposed schedule, and briefing shall proceed as follows:

1.  Petitioner's supplemental petition shall be filed no later than May 1, 2026;

2.  Respondents shall file a return or other response to the petition no later than May 8, 2026;

3.  Petitioner may file a traverse on or before May 15, 2026.

So ordered.

DATED: April 28, 2026

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

1